MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

DEBORAH R. DOUGLAS (NYBN 2099372)
Assistant United States Attorney

    450 Golden Gate Avenue
    San Francisco, California 94102
    Telephone: (415) 436-7200
    Facsimile: (415) 436-7234
    E-Mail: deborah.r.douglas@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 12-0199 EMC |
| Plaintiff, | STIPULATION AND [P~~ROPOSED~~] ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT, 18 U.S.C. § 3161 <u>ET SEQ</u>. |
| v. | |
| CALVIN LAWRENCE, | |
| Defendant. | |

Plaintiff United States of America, by and through its attorney of record, and defendant Calvin Lawrence ("defendant"), by and through his attorney of record, hereby stipulate as follows:

1. On May 16, 2012, defendant appeared before the Honorable Edward M. Chen, United States District Judge, and the matter was continued to May 30, 2012 at 2:30 p.m. For the reasons stated in open court on May 16, 2012, and with defendant's consent, the Court excluded time under the Speedy Trial Act from May 16, 2012 through May 30, 2012 to provide the defense lawyer with additional time for investigation and for effective preparation.

3. The parties stipulate and agree that this matter should be continued to May 30, 2012 at 2:30 p.m. and that the failure to grant such a continuance would unreasonably deny counsel the

Stipulation and Order
U.S. v. Calvin Lawrence,
CR 12-0199 EMC

reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The parties further stipulate and agree that the time from May 16, 2012 through May 30, 2012 should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), on the basis that the ends of justice are served by taking such action which outweigh the best interest of the public and the defendant in a speedy trial and also under subsection (B)(iv) for effective preparation of counsel, taking into account the exercise of due diligence.

Dated: May 17, 2012  Respectfully submitted,

MELINDA HAAG
United States Attorney

_____/s/_____
DEBORAH R. DOUGLAS
Assistant United States Attorney

Dated: May 17, 2012  _____/s/_____
ELIZABETH FALK
Assistant Federal Public Defender
Attorney for Defendant Calvin Lawrence

| | |
|---|---|
| 1 | MELINDA HAAG (CABN 132612)<br>United States Attorney |
| 2 | |
| 3 | MIRANDA KANE (CABN 150630)<br>Chief, Criminal Division |
| 4 | DEBORAH R. DOUGLAS (NYBN 2099372)<br>Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Avenue<br>San Francisco, California 94102<br>Telephone: (415) 436-7200 |
| 7 | Facsimile: (415) 436-7234<br>E-Mail: deborah.r.douglas@usdoj.gov |
| 8 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 12-0199 EMC |
|---|---|---|
| Plaintiff, | ) | ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT, 18 U.S.C. § 3161 <u>ET SEQ</u>. |
| v. | ) | |
| CALVIN LAWRENCE, | ) | |
| Defendant. | ) | |

GOOD CAUSE APPEARING, as the Court found on May 16, 2012, and based upon the parties' stipulation, IT IS HEREBY ORDERED that the time from May 16, 2012 through May 30, 2012 shall be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), to provide the defense lawyer with additional time for investigation and for effective preparation. The Court finds that (A) failure to grant the continuance would unreasonably deny defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence; and (B) the ends of justice served by the continuance

//

//

Stipulation and Order
U.S. v. Calvin Lawrence,
CR 12-0199 EMC

outweigh the best interests of the public and the defendant in a speedy trial.  *See* 18 U.S.C. § 3161(h)(1)(7)(A) & (B)(iv).

**IT IS SO ORDERED.**

Dated: May \_\_\_, 2012
18



_____
HONORABLE EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE

Stipulation and Order
U.S. v. Calvin Lawrence,
CR 12-0199 EMC

ii